ALBERT G. MOSHER, Appellant, *v.* ESTELLA BLANCHARD
et al., Respondents.

*Real property — right of way — insufficiency of evidence to establish
grant of right of way.*

*Mosher* v. *Blanchard*, 190 App. Div. 967, affirmed.
(Argued October 12, 1921; decided October 28, 1921.)

APPEAL from a judgment, entered January 28, 1920,
upon an order of the Appellate Division of the Supreme
Court in the fourth judicial department, reversing a
judgment in favor of plaintiff entered upon a decision
of the court on trial at an Equity Term and directing a
dismissal of the complaint. The action was to establish
a right of way over lands belonging to defendants. The
Appellate Division held that " the plaintiff failed to make
out a cause of action by clear, convincing and satisfactory
evidence, and particularly to establish by the greater
weight of evidence that George Green made an agree-
ment either orally or in writing conveying or agreeing
to convey to the plaintiff the right of way described in
the complaint in the north side of said farm or elsewhere,
over and across the same or conveyed or agreed to con-
vey any right, title or interest in or to said farm."

*Amasa J. Parker* for appellant.

*Louis K. R. Laird* and *Henry F. Millard* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.